**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

KIMBERLY DOCHERTY and KRISTI
WALTSGOTT,

        Plaintiffs,

v.

DETROIT INTERNATIONAL BRIDGE
COMPANY, SEA WAY PAINTING
COMPANY, INC., a/k/a SEA WAY
PAINTING, L.L.C.,

        Defendants.

No. 12-cv-12191
Hon. Gerald E. Rosen

_____/

**ORDER REMANDING PLAINTIFFS' CASE TO
<u>WAYNE COUNTY CIRCUIT COURT</u>**

      Plaintiffs commenced this action on March 28, 2012 in Wayne County Circuit Court. On May 17, 2012, a notice of removal was filed by Defendant Detroit International Bridge Company ("Defendant"), citing the implication of a federal question as the basis for the Court's subject matter jurisdiction. Because the Court had doubts regarding its subject matter jurisdiction over the case, an order to show cause was issued on June 4, 2012 directing Defendant to justify an assertion of jurisdiction over this case. In response to the Court's order, Defendant has withdrawn its removal petition. Further, Plaintiffs filed a motion to remove. As it appears the parties concede that the Court lacks subject jurisdiction over this case, remand to Wayne County Circuit Court is appropriate.

NOW, THEREFORE, IT IS HEREBY ORDERED that this case be REMANDED to Wayne County Circuit Court.

s/Gerald E. Rosen
Chief Judge, United States District Court

Dated: June 21, 2012

I hereby certify that a copy of the foregoing document was served upon counsel of record on June 21, 2012, by electronic and/or ordinary mail.

s/Ruth A. Gunther

Case Manager, (313) 234-5137